AO 91 (Rev. 11/11) Criminal Complaint      AUSA Stephanie Stern (312) 469-6132

**FILED**
12/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEYSHAWN BUNCH | CASE NUMBER: 25 CR 764 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about August 10, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | felon in possession of a firearm |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

TONY HEISERMAN
*Digitally signed by TONY HEISERMAN*
*Date: 2025.12.01 16:31:24 -06'00'*

TONY HEISERMAN
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: December 1, 2025      *Judge's signature*

City and state: Chicago, Illinois      JEANNICE W. APPENTENG
U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, TONY HEISERMAN, being duly sworn, state as follows:

**I.     AGENT BACKGROUND AND PURPOSE OF AFFIDAVIT**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives. I have been an ATF Special Agent since approximately 2001. As part of my duties as an ATF Special Agent, I investigate criminal violations of law as they relate to federal firearms offenses, including the unlawful possession of firearms or ammunition by convicted felons, firearms trafficking, violent crime, and narcotics trafficking. I employ investigative tools such as the use of informants and witnesses, surveillance, controlled purchases of firearms and narcotics, firearms traces, and the execution of both search warrants and arrests warrants.

2. This affidavit is submitted in support of a criminal complaint alleging that, on or about August 10, 2025, KEYSHAWN BUNCH was a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

3. This affidavit is based on my personal knowledge; my training and experience; the training and experience of other law enforcement agents with whom I have consulted; my review of pertinent case records, reports, and recordings. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BUNCH with being a felon in possession of a firearm, I have not included each and every fact known to me

concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

## II. FACTS ESTABLISHING PROBABLE CAUSE

4. In summary, as discussed in more detail below, on August 10, 2025, convicted felon KEYSHAWN BUNCH was found by Chicago Police Department officers to be in possession of a loaded Glock 26 9mm pistol, bearing serial number AEZU633.

5. According to records and recordings from the Office of Emergency Management and Communications ("OEMC"), at approximately 5:20 p.m. on August 10, 2025, OEMC received a 911 call from an anonymous caller who reported that a black male, who was wearing a red and white hooded sweatshirt, was walking eastbound on East 87th Street in Chicago, by the intersection of East 87th Street and South Indiana Avenue, with a gun in his hand. The dispatcher relayed the information about the armed individual to CPD officers in the area.

6. According to records and information from CPD, as well as interviews with the responding CPD officers, in response to the above 911 call, two uniformed CPD officers (Officers A and B) drove to the location described by the caller and continued travelling east. At the intersection of East 87th Street and South Calumet Avenue, the officers observed a black male wearing a red and white hooded sweatshirt, who was later identified as BUNCH, riding a scooter in circles in the middle of the intersection. The CPD officers pulled their marked squad car towards

BUNCH and attempted to talk to him; however, BUNCH drove the scooter away from the officers. When the officers then parked their squad car and began to exit the vehicle, BUNCH ran southbound on Calumet Avenue. As BUNCH fled from the officers, Officer A observed that BUNCH was holding his waistband. Based on Officer A's training and experience, as well as the information provided by the 911 caller, Officer A believed that BUNCH was holding a gun in his waistband.

7. According to records and information from CPD, as well as interviews with the responding CPD officers, the officers pursued BUNCH on foot. As he headed southbound on Calumet Avenue, BUNCH turned eastbound down an alley; about halfway down that alley, BUNCH turned and ran southbound by an intersecting alley. When he got to the end of that alley, BUNCH then jumped over the back fence of a residence located at 360 East 87th Place.



*Google Maps Reflecting Approximate Arrest Location*

The CPD officers pursued BUNCH through the alleys and jumped the fence of the residence. Officer A was in the lead and pursued BUNCH as he ran around the side

3

of the house to the front yard. When Officer A got to the front of the house, he observed BUNCH bent over a bush at the front of the house. As Officer A approached, BUNCH stood up and complied with Officer A's commands to walk forward. After BUNCH was secured, Officer A returned to the bush that BUNCH had been over and retrieved a loaded Glock 26 9mm pistol, bearing serial number AEZU633, from the bush. BUNCH was arrested and charged in the Circuit Court of Cook County, Illinois, with two counts of aggravated unlawful possession of a weapon (Counts 1 and 2) and one count of unlawful possession of weapons by felons (Count 3).

8. According to ATF records, the Glock 26 9mm pistol, bearing serial number AEZU633, was purchased by Individual A on or about October 11, 2024, from a federal firearms licensee located in Lake in the Hills, Illinois. According to a law enforcement officer trained in determining where firearms are manufactured, the Glock 26 9mm pistol, bearing serial number AEZU633, was manufactured outside of Illinois and, therefore, traveled in interstate commerce prior to BUNCH's possession of the firearm on August 10, 2025.

9. Based on a review of law enforcement database records, BUNCH is a convicted felon. More specifically, on or about June 22, 2023, BUNCH was convicted of aggravated robbery while indicating that he had a firearm in the Circuit Court of Cook County, Illinois, and sentenced to five years' imprisonment. According to information obtained from the Illinois Department of Corrections, on or about December 4, 2024, BUNCH was released from custody onto parole.

## III. CONCLUSION

10. Based on the foregoing, there is probable cause to believe that on or about August 10, 2025, BUNCH was a felon in possession of a firearm, in violation of Title 18, United State Code, Section 922(g)(1).

TONY HEISERMAN
Digitally signed by TONY HEISERMAN
Date: 2025.12.01 16:31:56 -06'00'

TONY HEISERMAN
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

SWORN TO AND AFFIRMED by telephone December 1, 2025.

_____
Honorable JEANNICE W. APPENTENG
United States Magistrate Judge

5